STATE OF CONNECTICUT *v.* RONNIE JONES

The defendant's petition for certification for appeal from the Appellate Court, 61 Conn. App. 901 (AC 17713), is denied.

*Lisa J. Steele*, special public defender, in support of the petition.

*Harry Weller*, senior assistant state's attorney, in opposition.

Decided March 30, 2001

STATE OF CONNECTICUT *v.* JAMEL BEALL

The defendant's petition for certification for appeal from the Appellate Court, 61 Conn. App. 430 (AC 18469), is denied.

NORCOTT, J., dissenting. I would grant the defendant's petition for certification for appeal.

SULLIVAN, C. J., and KATZ, J., did not participate in the consideration or decision of this petition.

*Susan M. Hankins*, assistant public defender, in support of the petition.

*Rita M. Shair*, assistant state's attorney, in opposition.

Decided March 30, 2001